164 So.2d 352

Elmo MARYLAND et al.

v.

ALLSTATE INSURANCE COMPANY and Marquette Casualty Company.

No. 47259.

May 27, 1964.

In re: Elmo Maryland et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 162 So.2d 226.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

164 So.2d 352

Minnie C. CALLENDER, for and on behalf of Ronald Eugene Callender, Judy Ann Callender, and Lee Roy Callender, minors,

v.

Herman O. WILSON, d/b/a Bell Aire Cafe et al.

No. 47264.

May 27, 1964.

In re: Minnie C. Callender, etc., et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of West Baton Rouge. 162 So.2d 203.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.